# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

'18 - CV - 02828

Civil Action No. _____

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 NOV -2 PM 4: 29

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Amanda D Tucker Meuse,


Plaintiffs

v.

Ms. Karen McGovern

Ms. Ashley Moller

Mr. Christopher Diedrich

Inquiry Panel A

Member Doe 1 through 20 individually and separately.


Defendant(s). _


A.    **PLAINTIFF INFORMATION**

Amanda D Tucker Meuse.

,        PO Box 2344. Aspen, Colorado 81612

970-820-8540 atuckermd@yahoo.com

1

## B.    DEFENDANT(S) INFORMATION

Defendant 1:    Ms. Karen McGovern,

1560 Broadway # 1350, Denver, CO 80202 (303) 894-7690

Defendant 2:    Ms. Ashley Moller,

1300 Broadway, Denver, CO 80203, (720) 508-6000

Defendant 3:    Mr. Christopher Diedrich,

1300 Broadway, Denver, CO 80203, (720) 508-6000

Defendant 4    Inquiry Panel A

1560 Broadway # 1350, Denver, CO 80202 (303) 894-7690

Defendants Inquiry Panel Individually, Doe 5 thru 20:

1560 Broadway # 1350, Denver, CO 80202 (303) 894-7690

## C.    JURISDICTION

__x__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution,

laws, or treaties of the United States)


List the specific federal statute, treaty, and/or provision(s) of the United States

Constitution that are at issue in this case.


Section 5 of the Federal Trade Commission (FTC) Act

Involved individual acted unilaterally and without supervision by state agency

Constitution of the United States which allows an individual to defend against removal of

2

property without due process.

___x___   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or

corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of United Kingdom

Defendants are individuals and citizens of the United States of America.

Defendants have a principal place of business in Denver, Colorado, US

**D.     STATEMENT OF CLAIM(S)**

Plaintiff is a British Citizen and medical doctor, actively practicing and licensed in other

states since 1976 who received approval for re-instatement of her medical license from 2012 to

2015.

In 2015, an incorrect student or Re-Entry License was issued in error. Defendants, acting

in an unsupervised manner, blocked the usual avenue of correction of this error by permitting

plaintiff only to communicate with Ms. Karen McGovern who failed to provide plaintiff with the

required due process or customer service

Other named defendants claim after the fact. that since plaintiff was blocked from these

normal avenues of enquiry, resolution and correction of this error that plaintiff "waived " her

property right to her full unrestricted medical license and agreed to become a student without

income.

Defendants did not uphold their required duty of due process to remedy and resolve what

was clearly an error of omission. Instead they failed to provide plaintiff the right of due process

and restrained her trade by removing her livelihood, income and ability to feed her family

3

without any due process.

Plaintiff has a signed employment contract which she was unable to execute because of this error that remains uncorrected.

Defendants are representatives of a government agency who acted improperly and unsupervised, violating their duty and denying due process

Karen McGovern is an attorney who is obliged to uphold the Rules of Professional conduct and US Constitution and she did not.

Ashley Moller is an attorney who is obliged to uphold the Rules of Professional conduct and US Constitution and she did not.

Christopher Diedrich is an attorney who is obliged to uphold the Rules of Professional Conduct and US Constitution and did not.

Both Ms. Moller and Mr. Diedrich failed to communicate with and respond to plaintiff's attempts to resolve this matter and failed in this professional duty


## E.    REQUEST FOR RELIEF

1. Plaintiff seeks correction of this unsupervised action of Ms. Karen McGovern of May 2015

2. Plaintiff seek compensation of her employment contract wrongly removed from her at $300,000 per annum for four years.

3. Plaintiff seeks damages for the emotional distress, public humiliation and harm imposed on plaintiff and her family because of the wrongful unsupervised action of defendants with resultant restraint of trade and removal of constitutional right because of lack of attention to policy, law and the US Constitution.

4

4.  Plaintiff seeks a jury trial and sanctions of defendants because of their violations

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a no frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

November 2nd, 2018

(

5